**Lindbloom Auto Parts Company, Appellee, v. Liberty Foundries Company and Burd Piston Ring Company, Appellants.**

Gen. No. 9,850.

opinion filed April 28, 1943. Welsh & Welsh, for appellants; C. K. Welsh, of counsel; Early, Carpenter & Early, for appellee; Albert D. Early, of counsel. Opinion by JUSTICE DOVE. "Not to be published in full."

**Ed Haugens, Appellant, v. C. C. Vissering and F. C. Kleasath, Partners Under Name and Style of Dana Grain Company, Appellees.**

Gen. No. 9,858.

opinion filed April 28, 1943. Kenton Brown and H. L. Richolson, for appellant; Fort & Fort, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."